**Order entered April 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01067-CR

**JIMMY DEWAYNE HILL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-53582-W**

## ORDER

The Court has before it appellant's April 22, 2015 motion to strike appellee's brief because it has not yet been filed. We will treat this as a motion to prohibit the State from filing a brief and, as such, **DENY** the motion.

We note that the trial court certified that the case involves a plea bargain and appellant has no right to appeal. Accordingly, we **DIRECT** the parties to file, within **FIFTEEN DAYS** of the date of this order, letter briefs of no more than three pages, addressing this Court's jurisdiction over the appeal.

We **DIRECT** the Clerk to send copies of this order to Jimmy Hill and the Dallas County District Attorney's Office.

/s/     LANA MYERS
        JUSTICE